

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2023

No. 04-22-00879-CV

**IN THE INTEREST OF A.G.B., G.A.B., AND J.M.B**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01692
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant A.B. has filed a motion to re-set the due date for his brief. We construe A.B.'s motion as a motion for a twenty-day extension of time. Additionally, A.B. states that appellant M.B. may raise a cross-point in her brief, due on February 27, 2022, to which A.B. may wish to respond. After consideration, we GRANT A.B.'s motion and ORDER A.B. to file his appellant's brief by February 27, 2022. We further ORDER that A.B. may file, no later than 10 days after M.B. files her brief, a brief in response to any cross-points M.B. raises. Counsel is reminded that this is an accelerated appeal of an order terminating parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** February 8, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court